James GREEN a/k/a Theodore Hill, Appellant

v.

COMMONWEALTH of Pennsylvania, Department of Corrections, State Correctional Institution at Pittsburgh, Records Office, Appellee.

Supreme Court of Pennsylvania.

May 29, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of May, 2008, the Order of the Commonwealth Court is **AFFIRMED** and the Application for Appointment of Counsel is **DENIED**.

Gary BIVINS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

May 30, 2008.

*ORDER*

PER CURIAM.

AND NOW, this 30th day of May, 2008, probable jurisdiction is noted and the Order of the Commonwealth Court is **AFFIRMED**.